In the Matter of GENERAL SILK IMPORTING COMPANY, INC., v. GERSETA CORPORATION.— Motion denied, without costs, and without prejudice to

a new application at Special Term for arbitration, where the facts now claimed to exist, and which did not appear in the case before this court, may be clearly set forth. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.